UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIER ADRIAN GIRON GARCIA,

Petitioner,

v.

TODD M. LYONS, et al.,

Respondents.

No. 1:26-cv-00004-DAD-CKD

<u>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPOUS AND DENYING MOTION TO DISMISS</u>

(Doc. Nos. 1, 7)

On January 2, 2026, petitioner filed a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE"). (Doc. No. 1.) On January 6, 2026, the court granted petitioner's motion for temporary restraining order and directed the parties meet and confer and, if possible, submit a joint proposed briefing schedule and hearing date with respect to any motion for a preliminary injunction. (Doc. No. 9.) The parties instead agreed to rest on their prior briefing and to submit the case for final adjudication of petitioner's petition for writ of habeas corpus. (Doc. Nos. 10, 11.)

Accordingly, the court will grant petitioner's petition for writ of habeas corpus (Doc. No. 1). Specifically, the court incorporates and adopts the reasoning and relief granted in the court's order on petitioner's motion for temporary restraining order (Doc. No. 9).

/////

For the reasons explained above,

1. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as detailed in the court's prior order (Doc. No. 9);
2. Respondents' motion to dismiss (Doc. No. 7) is DENIED; and
3. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE